UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHELLE KIM, JEONG SOOK KIM as
Guardian ad Litem for ANDREW and DANIEL
KIM, minors,

               Plaintiffs,

       v.

GENERAL MOTORS CORPORATION,

             Defendant.

Case No. C02-2404L

TAXATION OF COSTS

      Costs in the above-entitled cause are hereby taxed against PLAINTIFFS MICHELLE KIM,

JEONG SOOK KIM as Guardian ad Litem for ANDREW and DANIEL KIM, minors and on behalf of

DEFENDANT GENERAL MOTORS CORPORATION in the unopposed amount of $2,330.99.

      Entered this ___3rd_____ day of JANUARY , 2007 .

                              _____

                              Bruce Rifkin

                              Clerk, U.S. District Court

TAXATION OF COSTS -- 1